argument denied, with $10 costs. For former decision, see 161 App. Div. 63, 146 N. Y. Supp. 291.

In re FARLEY. In re SPIER. (Supreme Court, Appellate Division, First Department. April 9, 1914.) In the matter of William W. Farley. In the matter of Alexander Spier. No opinion. Motion denied, with $10 costs. Order filed. See, also, 161 App. Div. 205, 146 N. Y. Supp. 473.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) In the matter of the application of William W. Farley, as State Commissioner of Excise, etc., for an order revoking and canceling liquor tax certificate No. 20,973, issued to Joseph H. Miller. No opinion. Motion for stay granted, without costs.

FARLEY, State Excise Com'r, Respondent, v. ARCHIBALD, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 20, 1914.) Action by Wm. W. Farley, as State Commissioner of Excise, against Frank D. Archibald, impleaded with others. P. Carpenter, of New York City, for appellant. L. M. King, of Schenectady, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. Order filed. See, also, 147 N. Y. Supp. 1110.

FARLEY, State Excise Com'r, v. ARCHIBALD et al. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Wm. W. Farley, as State Excise Commissioner, against Frank D. Archibald, Sr., impleaded with others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1110.

FARLEY, State Excise Com'r, Respondent, v. BUTTNER, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 1, 1914.) Action by William W. Farley, as State Commissioner of Excise, against Albert Buttner, impleaded with others. P. A. McManus, of New York City, for appellant. C. R. O'Connor, of Hobart, for respondent. No opinion. Order affirmed, with costs. Order filed.

FARLEY, State Excise Com'r, Appellant, v. DITTMANN et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by William W. Farley, as Commissioner of Excise of the State of New York, against C. Philip Dittmann and others. No opinion. Motion granted, without costs. See, also, 155 App. Div. 303, 140 N. Y. Supp. 321.

FARLEY, State Excise Com'r, v. LIQUORS SEIZED AT NO. 195 HESTER ST. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Wm. W. Farley, as State Commissioner, etc., against the Liquors Seized at No. 195 Hester Street; Fran-

cesco Bernardoni, appellant. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

FARLEY, State Excise Com'r, Appellant, v. SCAMMACCA, Respondent. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by William W. Farley, as State Commissioner of Excise, etc., against Rosario Scammacca. No opinion. Judgment and order affirmed, with costs.

FARLEY, State Excise Com'r, Appellant, v. SULGER et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Action by William W. Farley, as State Commissioner of Excise, against Henry Sulger and another. No opinion. Judgment and order unanimously affirmed, with costs.

FASSETT v. NATIONAL ALUMINUM WORKS. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Fred W. Fassett against the National Aluminum Works. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

FAVA v. DUNTON LODGE REALTY CO. et al. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Angelo Fava against the Dunton Lodge Realty Company and others. No opinion. Judgment of the County Court of Queens County affirmed, with costs.

FEDERER, Respondent, v. HARRIS, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Hans Federer against Joseph Harris and another. No opinion. Order of the County Court of Kings County affirmed by default, with $10 costs and disbursements. See, also, 146 N. Y. Supp. 1090.

FEINSOT et al. v. BURSTEIN. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Morris Feinsot and others against Maurice J. Burstein. No opinion. Motion granted. Order filed. See, also, 146 N. Y. Supp. 939.

FERBER, Appellant, v. INDIA WHARF BREWING CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Blanche J. Ferber against the India Wharf Brewing Company. No opinion. Motion for leave to appeal (from 146 N. Y. Supp. 1090) to the Court of Appeals denied.

FERRIS, Respondent, v. STERLING, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Joseph S. Ferris, as administrator, etc., against Sarah E. Sterling, as executrix, etc. PER CURIAM. Judgment and order affirmed, with costs.

FOOTE and MERRELL, JJ., dissent, upon the ground that, assuming that defendant's tes-